UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

        - v. -

ANGEL TEJADA
  a/k/a "Rubio,"
  a/k/a "Blanquito," and
GLENN GUZMAN,

          Defendants.

------------------------------X

**SUPERSEDING
INDICTMENT**

S4 11 Cr. 1015 (DC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 17 2014

<u>COUNT ONE</u>

The Grand Jury charges:

1.    From in or about 2004, up to and including in or about August 2009, in the Southern District of New York and elsewhere, ANGEL TEJEDA, a/k/a "Rubio," a/k/a "Blanquito," and GLENN GUZMAN, the defendants, and others known and unknown, unlawfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, TEJEDA and GUZMAN agreed with other

individuals not named as defendants herein to commit robberies of individuals believed to be engaged in narcotics trafficking.

(Title 18, United States Code, Section 1951.)

### COUNT TWO

The Grand Jury further charges:

2. On or about November 5, 2007, in the Southern District of New York and elsewhere, ANGEL TEJEDA, a/k/a "Rubio," a/k/a "Blanquito," and GLENN GUZMAN, the defendants, and others known and unknown, unlawfully and knowingly did attempt to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would thereby have obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, TEJEDA and GUZMAN, and other individuals not named as defendants herein, attempted to rob an individual of narcotics and narcotics proceeds, in the Bronx, New York, and caused the death of that individual as a result of this robbery attempt.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT THREE

The Grand Jury further charges:

3.    From in or about 2004, up to and including in or about August 2009, ANGEL TEJEDA, a/k/a "Rubio," a/k/a "Blanquito," the defendant, and others known and unknown, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the robbery conspiracy charged in Count One of this Indictment, knowingly did use and carry firearms, and, in furtherance of such crime, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, which were brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.)

## FORFEITURE ALLEGATION

4.    As a result of committing the Hobbs Act robbery offenses charged in Counts One and Two of this Indictment, ANGEL TEJEDA, a/k/a "Rubio," a/k/a "Blanquito," and GLENN GUZMAN, the defendants, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461, any and all property constituting or derived from any proceeds that TEJEDA and GUZMAN obtained directly or indirectly as a result of the said violations and any and all property that constitutes or is

3

derived from proceeds traceable to the commission of the violations alleged in Counts One and Two of this Indictment.

### Substitute Asset Provision

5.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981,
Title 28, United States Code, Section 2461, and
Title 18, United States Code, Section 1951.)

FOREPERSON

PREET BHARARA
United States Attorney

4

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANGEL TEJADA
a/k/a "Rubio,"
a/k/a "Blanquito," and
GLENN GUZMAN,

Defendants.

SUPERSEDING INDICTMENT

S4 11 Cr. 1015 (DC)

(Title 18, United States Code, Sections 1951, 924(c), and 2)

PREET BHARARA
United States Attorney.

A TRUE BILL

_____
Foreperson.

4/17/14  Fld. Superseding Indictment.

Pitman, USMJ